IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KIRSTEN DAVIS, as Administratrix** § | | **PLAINTIFF** |
| **of the Estate of Troy M. Davis,** § | | |
| **Deceased** § | | |
| § | | |
| **v.** § | **CIVIL NO.: 1:14-CV-286-HSO-RHW** | |
| § | | |
| **HARRISON COUNTY, MISSISSIPPI,** § | | **DEFENDANTS** |
| **and JOHN MCADAMS** § | | |

## FINAL JUDGMENT

This matter came on to be heard on the Motions to Dismiss [8] [12] filed by Defendant Harrison County, Mississippi, and Defendant John McAdams. The Court, after considering the parties' submissions, the record, and relevant legal authorities, finds that in accordance with the Memorandum Opinion and Order Denying Plaintiff's [7] Motion to Stay, Granting Defendant Harrison County, Mississippi's [8] Motion to Dismiss, and Granting Defendant John McAdams' [12] Motion to Dismiss entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant Harrison County, Mississippi's Motion to Dismiss [8] and Defendant John McAdams' Motion to Dismiss [12] are **GRANTED** and this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 28th day of January, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE